1040

[No. 6654–1. Division One. May 29, 1979.]

JORGENSEN SHEET METAL, INC., *Respondent,* v. DENNIS WESTERGREEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 140390, John F. Wilson, J., entered May 11, 1978. *Affirmed* by unpublished opinion per Swanson, A.C.J., concurred in by Williams and Andersen, JJ.

[No. 6898–45235–1. Division One. May 29, 1979.]

SAFECO INSURANCE COMPANY OF AMERICA, *Respondent,* v. JMG RESTAURANTS, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 806173, Herbert M. Stephens, J., entered November 18, 1977. *Affimed in part* and *remanded* by unpublished opinion per James, J., concurred in by Swanson, A.C.J., and Dore, J.

[No. 3034–2. Division Two. May 31, 1979.]

CHRISTOPHER T. BAYLEY, ET AL, *Respondents,* v. HILDA KANE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 772885, Edward E. Henry, J., entered August 12, 1977. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 2767–3. Division Three. May 31, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RUEHL & ARSTEIN, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 77–2–00604–4, Blaine Hopp, Jr., J., entered January 27, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.